# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140682

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 140682
                                       COA: 295528
                                       Branch CC:01-087368-FC

STANLEY MOTHENE MILLER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 25, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

y0830